```
                                    FILED
                                   JUL 11 2008
                          CLERK, U.S. DISTRICT COURT
                        SOUTHERN DISTRICT OF CALIFORNIA
                        BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 2299 BTM |
| Plaintiff, ) | INFORMATION |
| v. ) | |
| ABEL SANCHEZ-ORTIZ, ) | Title 18, U.S.C., Sec. 1544 - Misuse of Passport (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about June 11, 2008, within the Southern District of California, defendant ABEL SANCHEZ-ORTIZ, did willfully and knowingly use and attempted to use a United States passport issued and designed for the use of another in the following manner, to wit; defendant presented a United States passport to a federal officer, claiming to be Mario Escobar, a United States citizen, knowing full well that he was not, to gain entry into the United States; in violation of Title 18, United States Code, Section 1544.

DATED: July 11, 2008.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

MMP:lml:7/10/08(revised)